1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:     (650) 849-6600
5  Facsimile:     (650) 849-6666

6  David M. Kelly (To Be Admitted *pro hac vice*)
   david.kelly@finnegan.com
7  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
8  901 New York Ave., N.W.
9  Washington, DC 20001-4413
   Telephone: (202) 408-4000
10 Facsimile: (202) 208-4400

11 Stephanie H. Bald (To Be Admitted *pro hac vice*)
   stephanie.bald@finnegan.com
12 FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
13 901 New York Ave., N.W.
14 Washington, DC 20001-4413
   Telephone: (202) 408-4000
15 Facsimile: (202) 208-4400

16 Attorneys for Plaintiff
   Yahoo! Inc.
17

18                     UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                            SAN JOSE DIVISION

| | |
|---|---|
| 21  VERIZON CALIFORNIA INC., et al., | CASE NO. C 5:08-cv-02832 JF (RS) |
| 22                     Plaintiffs, | Honorable Jeremy Fogel |
| 23         v. | **[PROPOSED] ORDER GRANTING YAHOO! INC.'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED [CIV. L.R. 3-12]** |
| 24  ONLINENIC INC., et al., | |
| 25                     Defendants. | |

26

27 **This Document Relates to:**

28 *Yahoo! Inc. v. OnlineNIC Inc., et al.*
   N.D. Cal. Case No. 5:08-cv-05698-PVT

1  This matter comes before the Court in Yahoo! Inc.'s ("Yahoo!") Administrative Motion to
2  Consider Whether Cases Should be Related, filed on January 2, 2009, pursuant to Civil Local Rule
3  3-12.  The Court, having fully considered the papers and pleadings on file and submitted herewith,
4  and good cause appearing,

5  HEREBY GRANTS Yahoo's Administrative Motion to Consider Whether Cases Should be
6  Related.

7  **IT IS SO ORDERED** that the following cases are related within the meaning of Local Rule 3-12(e):
8

*Verizon California Inc., et al. v. OnlineNIC Inc., et al.*          Case No. 5:08-cv-02832 JF (RS)
9
*Yahoo! Inc. v. OnlineNIC Inc., et al.*                              Case No. 5:08-cv-05698-PVT
10

11  Dated: __1/8_____, 2008                                    _____
                                                                    The Honorable Jeremy Fogel
12                                                                  United States District Judge

1

[PROPOSED] ORDER
CASE NO. C08-02832 JF (RS)