**E-Filed 4/29/09**

1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:    (650) 849-6600
5  Facsimile:    (650) 849-6666

6  David M. Kelly (Admitted *pro hac vice*)
   david.kelly@finnegan.com
7  FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
8  901 New York Ave., N.W.
9  Washington, DC 20001-4413
   Telephone: (202) 408-4000
10 Facsimile: (202) 208-4400

11 Stephanie H. Bald (Admitted *pro hac vice*)
   stephanie.bald@finnegan.com
12 FINNEGAN, HENDERSON, FARABOW,
      GARRETT & DUNNER, L.L.P.
13 901 New York Ave., N.W.
14 Washington, DC 20001-4413
   Telephone: (202) 408-4000
15 Facsimile: (202) 208-4400

16 Attorneys for Plaintiff
   YAHOO! INC.
17

18                           UNITED STATES DISTRICT COURT

19                          NORTHERN DISTRICT OF CALIFORNIA

20                                  SAN JOSE DIVISION

21 YAHOO! INC.                              CASE NO. C 5:08-cv-05698 JF (RS)
                                            ORDER GRANTING
22             Plaintiffs,                  ~~NOTICE OF~~ REQUEST FOR
                                            TELEPHONIC APPEARANCE FOR
23        v.                                INITIAL CASE MANAGEMENT
                                            CONFERENCE
24 ONLINENIC INC., et al.,

25             Defendants.

26

27 **Related Case:**

28 *Verizon California Inc., et al. v. OnlineNIC Inc., et al.*
   N.D. Cal. Case No. 5:08-cv-02832 JF

**TO THE COURT AND PERRY J. NARANCIC:**

**PLEASE TAKE NOTICE** that pursuant to Civil L.R. 16-10, the following attorneys for Plaintiff Yahoo! Inc. request leave of Court to participate in the Initial Case Management Conference scheduled for May 1, 2009, at 10:30 a.m., by telephone.

| | |
|---|---|
| David M. Kelly (Admitted *pro hac vice*) | Stephanie H. Bald (Admitted *pro hac vice*) |
| david.kelly@finnegan.com | stephanie.bald@finnegan.com |
| FINNEGAN, HENDERSON, FARABOW, | FINNEGAN, HENDERSON, FARABOW, |
|   GARRETT & DUNNER, L.L.P. |   GARRETT & DUNNER, L.L.P. |
| 901 New York Ave., N.W. | 901 New York Ave., N.W. |
| Washington, DC 20001-4413 | Washington, DC 20001-4413 |
| Telephone: (202) 408-4000 | Telephone: (202) 408-4000 |
| Facsimile: (202) 208-4400 | Facsimile: (202) 208-4400 |

Attached hereto are Requests for Court Conference Telephonic Appearance completed by David M. Kelly and Stephanie H. Bald.

Dated: April 27, 2009                By:                /s/
                                                             Scott R. Mosko
                                                             FINNEGAN, HENDERSON, FARABOW,
                                                               GARRETT & DUNNER, L.L.P.
                                                             Stanford Research Park
                                                             3300 Hillview Avenue
                                                             Palo Alto, California  94304
                                                             Telephone:      (650) 849-6600
                                                             Facsimile: (650) 849-6666

                                                             Attorneys for Plaintiff,
                                                             YAHOO! INC.

Dated: 4/29/09                          _____
                                                             JEREMY FOGEL
                                                             United States District Judge

1

# ATTACHMENT 1

| ATTORNEY OF RECORD:<br>Stephanie Bald<br>Finnegan Henderson Farabow Garrett & Dunner<br><br>Phone: (650) 849-6600  Fax No: (650) 849-6666<br><br>State Bar No. <u>Admitted pro hac vice</u><br>ATTORNEY FOR (Name): Plaintiff(s), Yahoo!, Inc. / LIVE | DO NOT FILE WITH COURT<br><br>**COMPLETELY FILL OUT/CORRECT FORM BEFORE SUBMITTING TO COURT CONFERENCE!!**<br>Court Conference ID#: 2783655 |
|---|---|
| **U.S. District Court-N.D. Cal. San Jose** | |
| Case Name:  Yahoo!, Inc. vs. OnlineNIC, Inc. | CASE NUMBER: CV-08-5698-JF<br>DEPARTMENT:<br>3/Judge Jeremy Fogel<br>DATE/TIME: Friday, May 1st, 2009/10:30 AM<br>HEARING: Hearing |
| **REQUEST FOR COURT CONFERENCE TELEPHONIC APPEARANCE** | Our Tax ID#: 95-4568415 |

1/. _____Stephanie H. Bald_____(Name of specific attorney appearing telephonically) requests a Court Conference telephonic calendar appearance at the above referenced proceeding and agrees to provisions of the Rule/Order/Procedure Re: Court Conference Telephonic Appearances.

2/. A copy of this document was served on all other parties at the time it was faxed to Court Conference, Telephonic Appearance Program Administrator at (866) 533-2946.

3/. The Court Conference Appearance Fee in the sum of $25.00 which will be supplemented based on the length of the call as follows: 0-45 minutes - $25.00, 46-60 minutes - $31.50, 61-75 minutes $38.00, 76 minutes and above capped at a total of $41.20, will be paid as follows:

<u>X</u> Check - (copy attached-**write Court Conference ID# on check**-and faxed to Court Conference at (866) 533-2946, payable to Telephonic Hearing Account and original mailed to Court Conference at 6383 Arizona Circle, Los Angeles, CA  90045, Tel: (866) 582-6878. **INDIVIDUALS REPRESENTING THEMSELVES MUST PAY BY CREDIT CARD!**
__Charged - to Court Conference Debit Account No.:_____
__Charged - to VISA, Mastercard or American Express:_____

**To be completed only on the copy submitted to Court Conference:**

| Credit Card Number:_____Expiration Date:_____ |
|---|
| To pay by credit card, the copy of this form submitted to Court Conference must be signed by the person whose credit card is to be charged and must be **faxed** to Court Conference at (866) 533-2946 with the above credit card information completed. The signature below constitutes authorization to charge the above referenced credit card. |
| Type Name                                        Signature |

4. Request forms are processed within 24 hours of receipt. Call Court Conference if you do not receive a faxed Confirmation within 24 hours. WITHOUT A WRITTEN CONFIRMATION YOU ARE NOT ON THE COURT CONFERENCE CALENDAR AND MAY BE PRECLUDED FROM APPEARING TELEPHONICALLY! COURT CONFERENCE'S LIABILITY CONCERNING THIS TELEPHONIC APPEARANCE IS LIMITED TO THE FEE PAID TO COURT CONFERENCE. Matters continued at the time of the hearing require a new form and a new fee for the continued date. It is counsel's responsibility to notify Court Conference of any continuance or cancelation, prior to the scheduled hearing time by calling (866) 582-6878.

5. MY SIGNATURE ON THIS DOCUMENT SERVES AS CONSENT FOR COURT CONFERENCE TO CONTINUE TO FAX (AT THE FAX NUMBER LISTED ABOVE UNDER "ATTORNEY OF RECORD") OR EMAIL NOTICES TO ME OR MY FIRM ADVISING OF UPCOMING APPEARANCES AND/OR OTHER OFFERINGS FROM COURT CONFERENCE UNTIL I OR MY FIRM ADVISES COURT CONFERENCE OTHERWISE.

Date: __April 21, 2009_____          Signature: _Stephanie H. Bald/seb_____

Dana Wenzel [CS]

| ATTORNEY OF RECORD:<br>David M. Kelly<br>Finnegan Henderson Farabow Garrett & Dunner<br><br>Phone: (650) 849-6670  Fax No: (650) 849-6666<br><br>State Bar No.  Admitted pro hac vice<br>ATTORNEY FOR (Name): Plaintiff(s), Yahoo!, Inc. / LIVE | DO NOT FILE WITH COURT<br><br>**COMPLETELY FILL OUT/CORRECT FORM BEFORE SUBMITTING TO COURT CONFERENCE!!**<br>Court Conference ID#: 2785251 |
|---|---|
| **U.S. District Court-N.D. Cal. San Jose** | |
| Case Name:    Yahoo!, Inc. vs. OnlineNIC, Inc. | CASE NUMBER: CV-08-5698-JF<br>DEPARTMENT:<br>3/Judge Jeremy Fogel<br>DATE/TIME: Friday, May 1st, 2009/10:30 AM<br>HEARING: Hearing |
| **REQUEST FOR COURT CONFERENCE TELEPHONIC APPEARANCE** | Our Tax ID#: 95-4568415 |

1/. _____David M. Kelly_____ (Name of specific attorney appearing telephonically) requests a Court Conference telephonic calendar appearance at the above referenced proceeding and agrees to provisions of the Rule/Order/Procedure Re: Court Conference Telephonic Appearances.

2/. A copy of this document was served on all other parties at the time it was faxed to Court Conference, Telephonic Appearance Program Administrator at (866) 533-2946.

3/. The Court Conference Appearance Fee in the sum of $25.00 which will be supplemented based on the length of the call as follows: 0-45 minutes - $25.00, 46-60 minutes - $31.50, 61-75 minutes $38.00, 76 minutes and above capped at a total of $41.20, will be paid as follows:

X Check - (copy attached-write Court Conference ID# on check-and faxed to Court Conference at (866) 533-2946, payable to Telephonic Hearing Account and original mailed to Court Conference at 6383 Arizona Circle, Los Angeles, CA 90045, Tel: (866) 582-6878. **INDIVIDUALS REPRESENTING THEMSELVES MUST PAY BY CREDIT CARD!**

__ Charged - to Court Conference Debit Account No.:_____

__ Charged - to VISA, Mastercard or American Express:

**To be completed only on the copy submitted to Court Conference:**

| Credit Card Number:_____ Expiration Date:_____ |
|---|
| To pay by credit card, the copy of this form submitted to Court Conference must be signed by the person whose credit card is to be charged and must be faxed to Court Conference at (866) 533-2946 with the above credit card information completed. The signature below constitutes authorization to charge the above referenced credit card. |
| Type Name                                      Signature |

4. Request forms are processed within 24 hours of receipt. Call Court Conference if you do not receive a faxed confirmation within 24 hours. WITHOUT A WRITTEN CONFIRMATION YOU ARE NOT ON THE COURT CONFERENCE CALENDAR AND MAY BE PRECLUDED FROM APPEARING TELEPHONICALLY! COURT CONFERENCE'S LIABILITY CONCERNING THIS TELEPHONIC APPEARANCE IS LIMITED TO THE FEE PAID TO COURT CONFERENCE. Matters continued at the time of the hearing require a new form and a new fee for the continued date. It is counsel's responsibility to notify Court Conference of any continuance or cancelation, prior to the scheduled hearing time by calling (866) 582-6878.

5. MY SIGNATURE ON THIS DOCUMENT SERVES AS CONSENT FOR COURT CONFERENCE TO CONTINUE TO FAX (AT THE FAX NUMBER LISTED ABOVE UNDER "ATTORNEY OF RECORD") OR EMAIL NOTICES TO ME OR MY FIRM ADVISING OF UPCOMING APPEARANCES AND/OR OTHER OFFERINGS FROM COURT CONFERENCE UNTIL I OR MY FIRM ADVISES COURT CONFERENCE OTHERWISE.

Date: __April 21, 2009__          Signature: _David M. Kelly/reb_

Claudia Montoya [CS]