1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,   **E-Filed 6/16/09**
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:  (650) 849-6600
5  Facsimile:   (650) 849-6666

6  David M. Kelly (*Admitted pro hac vice*)
   david.kelly@finnegan.com
7  Stephanie H. Bald (*Admitted pro hac vice*)
   stephanie.bald@finnegan.com
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  901 New York Avenue, N.W.
   Washington, D.C.  20001-4413
10 Telephone:  (202) 408-4000
   Facsimile:   (202) 208-4400
11

12 Attorneys for Plaintiff YAHOO! INC.

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17
   YAHOO! INC.,                          Case No. CV-08-5698 JF (RS)
18
                    Plaintiff,           **STIPULATION AND [PROPOSED]**
19                                       **ORDER EXTENDING DEADLINE**
         v.                              **FOR COURT-ORDERED**
20                                       **SETTLEMENT CONFERENCE AND**
   ONLINENIC INC., et al.,               **RESCHEDULING FURTHER CASE**
21                                       **MANAGEMENT CONFERENCE**
                    Defendants.
22

23

24

25       WHEREAS, this Court, at the May 1, 2009 case management conference, ordered the

26 parties to participate in a settlement conference before Magistrate Judge Seeborg by June 19, 2009,

27 and set a further case management conference for June 19, 2009;

28

WHEREAS, Judge Seeborg's clerk advised the parties that Judge Seeborg is not available for a settlement conference until sometime in August 2009; and

WHEREAS, the parties have contacted Magistrate Judge Trumbull's clerk and have scheduled a settlement conference before Judge Trumbull on July 10, 2009.

IT IS HEREBY STIPULATED that the June 19, 2009, case management conference is postponed to July 24, 2009, at 10:30 am.

Dated:  June 15, 2009

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, L.L.P.

By: _____/s/_____
Scott R. Mosko

Attorneys for Plaintiff YAHOO! INC.

Dated:  June 15, 2009

NARANCIC & KATZMAN, PC

By: _____/s/_____
Perry J. Narancic

Attorneys for Defendant ONLINENIC, INC.

**O R D E R**

IT IS SO ORDERED.

Dated:  6/16/09

_____
United States District Judge