Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

David M. Kelly (*Admitted pro hac vice*)
david.kelly@finnegan.com
Stephanie H. Bald (*Admitted pro hac vice*)
stephanie.bald@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:   (202) 408-4000
Facsimile:    (202) 208-4400

Attorneys for Plaintiff
Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., | CASE NO. 5:08-cv-05698 JF (RS) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO AMEND PLEADINGS; [PROPOSED] ORDER** |
| v. | |
| ONLINENIC INC., et al., | |
| Defendants. | |

## STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS

Pursuant to the Case Management Schedule entered on May 1, 2009, the deadline to amend pleadings by adding parties or claims is currently set for July 31, 2009.  Plaintiff Yahoo! Inc., through its attorney of record Scott R. Mosko, and Defendant OnlineNIC Inc., through its attorney of record Perry J. Narancic, stipulate to extend this deadline to amend pleadings to August 31, 2009.

IT IS SO STIPULATED:

Dated:   July 13, 2009                                    Respectfully submitted,

**For Plaintiff Yahoo! Inc.**                            **For OnlineNIC Inc.**


/s/ *Scott R. Mosko*                                     /s/ *Perry J. Narancic*

| Scott R. Mosko | Perry J. Narancic |
| FINNEGAN, HENDERSON, FARABOW, | NARANCIC & KATZMAN, PC |
|   GARRETT & DUNNER, L.L.P. | 325 Sharon Park Drive, #736 |
| Stanford Research Park | Menlo Park, California 94025 |
| 3300 Hillview Avenue | Telephone:  (650) 814-7688 |
| Palo Alto, California 94304-1203 | Facsimile:  (650) 618-2700 |
| Telephone:  (650) 849-6600 | |
| Facsimile:  (650) 849-6666 | |

David M. Kelly (Of Counsel)
Stephanie H. Bald (Of Counsel)
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Ave., N.W.
Washington, DC 20001-4413
Telephone: (202) 408-4000

2

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION and for good cause shown, IT IS SO ORDERED.

Dated: 7/16/09

_____
The Honorable Jeremy Fogel
United States District Judge