1  Scott R. Mosko (State Bar No. 106070)
   scott.mosko@finnegan.com
2  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
3  Stanford Research Park
   3300 Hillview Avenue
4  Palo Alto, California  94304
   Telephone:  (650) 849-6600
5  Facsimile:   (650) 849-6666

6  David M. Kelly (*Admitted pro hac vice*)
   david.kelly@finnegan.com
7  Stephanie H. Bald (*Admitted pro hac vice*)
   stephanie.bald@finnegan.com
8  FINNEGAN, HENDERSON, FARABOW,
     GARRETT & DUNNER, L.L.P.
9  901 New York Avenue, N.W.
   Washington, D.C.  20001-4413
10 Telephone:  (202) 408-4000
   Facsimile:   (202) 208-4400
11
   Attorneys for Plaintiff
12 Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>ONLINENIC INC., et al.,<br><br>                    Defendants. | Case No. 5:08-cv-05698 JF (RS)<br><br>**STIPULATION TO EXTEND TIME TO AMEND PLEADINGS; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | **STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS** |

Pursuant to the Court's Order of July 16, 2009, the deadline to amend pleadings by adding parties or claims is currently set for August 31, 2009.  Plaintiff Yahoo! Inc., through its attorney of record Scott R. Mosko, and Defendant OnlineNIC Inc., through its attorney of record Perry J. Narancic, stipulate to extend this deadline to amend pleadings to September 30, 2009.

IT IS SO STIPULATED:

Dated:  August 21, 2009                                             Respectfully submitted,

**For Plaintiff Yahoo! Inc.**                                      **For OnlineNIC Inc.**


/s/ *Scott R. Mosko*                                                  /s/ *Perry J. Narancic*
Scott R. Mosko                                                          Perry J. Narancic
FINNEGAN, HENDERSON, FARABOW,             NARANCIC & KATZMAN, PC
   GARRETT & DUNNER, L.L.P.                           325 Sharon Park Drive, #736
Stanford Research Park                                              Menlo Park, California 94025
3300 Hillview Avenue                                                 Telephone: (650) 814-7688
Palo Alto, California  94304-1203                            Facsimile:  (650) 618-2700
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

David M. Kelly (Of Counsel)
Stephanie H. Bald (Of Counsel)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:   (202) 408-4000
Facsimile:    (202) 208-4400

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Scott R. Mosko, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 24th day of August 2009 at Palo Alto, California.


                                                                                    /s/ Scott R. Mosko
                                                                                    Scott R. Mosko

1  **[PROPOSED] ORDER**

2  PURSUANT TO STIPULATION and for good cause shown, IT IS SO ORDERED.

3

4  Dated: 8/25/09

_____
The Honorable Jeremy Fogel
United States District Judge