Scott R. Mosko (State Bar No. 106070)
scott.mosko@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
Stanford Research Park
3300 Hillview Avenue
Palo Alto, California  94304
Telephone:  (650) 849-6600
Facsimile:   (650) 849-6666

David M. Kelly (*Admitted pro hac vice*)
david.kelly@finnegan.com
Stephanie H. Bald (*Admitted pro hac vice*)
stephanie.bald@finnegan.com
FINNEGAN, HENDERSON, FARABOW,
  GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:  (202) 408-4000
Facsimile:   (202) 208-4400

Attorneys for Plaintiff
Yahoo! Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC., | Case No. 5:08-cv-05698 JF (RS) |
| Plaintiff, | **STIPULATION TO EXTEND TIME TO AMEND PLEADINGS; [PROPOSED] ORDER** |
| v. | |
| ONLINENIC INC., et al., | |
| Defendants. | |

**STIPULATION TO EXTEND DEADLINE TO AMEND PLEADINGS**

Pursuant to the Court's Order of August 27, 2009, the deadline to amend pleadings by adding parties or claims is currently set for September 30, 2009.  Plaintiff Yahoo! Inc., through its attorney of record Scott R. Mosko, and Defendant OnlineNIC Inc., through its attorney of record Perry J. Narancic, stipulate to extend this deadline to amend pleadings to October 30, 2009.

IT IS SO STIPULATED:

Dated:  September 28, 2009                    Respectfully submitted,

**For Plaintiff Yahoo! Inc.**                 **For OnlineNIC Inc.**


/s/ *Scott R. Mosko*                          /s/ *Perry J. Narancic*
Scott R. Mosko                                Perry J. Narancic
FINNEGAN, HENDERSON, FARABOW,                 NARANCIC & KATZMAN, PC
   GARRETT & DUNNER, L.L.P.                   325 Sharon Park Drive, #736
Stanford Research Park                        Menlo Park, California 94025
3300 Hillview Avenue                          Telephone:  (650) 814-7688
Palo Alto, California  94304-1203             Facsimile:   (650) 618-2700
Telephone:   (650) 849-6600
Facsimile:    (650) 849-6666

David M. Kelly (Of Counsel)
Stephanie H. Bald (Of Counsel)
FINNEGAN, HENDERSON, FARABOW,
   GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C.  20001-4413
Telephone:   (202) 408-4000
Facsimile:    (202) 208-4400

**ATTESTATION PURSUANT TO GENERAL ORDER 45**

I, Scott R. Mosko, attest that concurrence in the filing of this document has been obtained from any signatories indicated by a "conformed" signature (/s/) within this e-filed document.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 28th day of September 2009 at Palo Alto, California.


                                              /s/ Scott R. Mosko
                                              Scott R. Mosko

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION and for good cause shown, IT IS SO ORDERED.

Dated: 10/1/09

_____
The Honorable Jeremy Fogel
United States District Judge