UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| YAHOO! INC.<br><br>        Plaintiff,<br><br>    v.<br><br>ONLINENIC INC., et al.,<br><br>        Defendants. | Case No. C 5:08-cv-05698 JF (RS)<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL |

Pursuant to Fed. R. Civ. P. 41(a), this Court, having found good cause, dismisses Plaintiff's claims in this action with prejudice.

**IT IS SO ORDERED**

Dated: October 22, 2009

_____
UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER OF DISMISSAL
Case No. C 08-05698 JF (RS)